## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Debbie Naugle,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 12 C 2138 |
| | ) | |
| **Zimmer, Inc., et al,** | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Plaintiff dismisses all claims against all Defendants in this matter with prejudice. Each party shall bear their own respective costs and attorneys fees.

ENTER:

Dated: February 11, 2015

_____
REBECCA R. PALLMEYER
United States District Judge